Núm. 8365.—Santiago, aplte. *v.* Federal Land Bank of Baltimore, apldo.—C. D. Guayama. ▆▆▆▆▆▆▆▆▆
Mayo 28, 1941.
(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción radicada por The Federal Land Bank of Baltimore, demandado y apelado, solicitando se desestime el presente recurso por estar el demandante impedido de apelar, por razón de haber aceptado las alegaciones de la contrademanda, y además por ser dicho recurso enteramente frívolo;

POR CUANTO, de la certificación expedida por el Secretario de la Corte de Distrito de Guayama, sometida en apoyo de la moción, aparece que al ser llamado el caso para vista las partes sometieron a la corte inferior una estipulación por la cual el demandado admitió las alegaciones de la demanda y el demandante admitió las alegaciones de la contrademanda;

POR CUANTO, examinadas las alegaciones de la demanda y las de la contrademanda, admitidas por el demandante apelante, es preciso llegar a la conclusión de que la corte sentenciadora estaba obligada a dictar sentencia en la forma en que lo hizo;

POR CUANTO, la parte demandante no compareció a la vista de la moción ni ha sometido a nuestra consideración alegación alguna demostrativa de que el recurso sea meritorio;

POR LO TANTO, se desestima éste por frívolo.